```
FILED
June 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR. S-04-61 WBS
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ANTHONY ASBERRY )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY ASBERRY , Case No. CR. S-04-61 , Charge Bank Fraud from custody, subject to the following conditions:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other)   Defendant sentenced to time served.

Issued at Sacramento, CA on June 22, 2005 at 10:57 am .

By /s/ _____
William B. Shubb.
United States District Judge

Original - U.S. Marshal