Prob 12C

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Anthony ASBERRY |
| **Docket Number:** | 2:04CR00061-03 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/22/2005 |
| **Original Offense:** | 18 USC 1344(2)- Bank Fraud<br>(CLASS B FELONY) |
| **Original Sentence:** | Time Served; 60 month Term of Supervised Release; $13,320 restitution; $100 S.A. |
| **Special Conditions:** | Warrantless Search; Financial restrictions; Correctional treatment program; Drug/alcohol testing; $25 co-payment for services; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/22/2005 |
| **Assistant U.S. Attorney:** | Jason S. Hitt    **Telephone:** 554-2700 |
| **Defense Attorney:** | Donald P. Dorfman    **Telephone:** 451-8834 |
| **Other Court Action:** | None |

**RE:   Anthony ASBERRY**
     **Docket Number:  2:04CR00061-03**
     **PETITION FOR WARRANT OR SUMMONS**
     <u>**FOR OFFENDER UNDER SUPERVISION**</u>

---

## PETITIONING THE COURT

**( X )   TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

<u>**Charge Number**</u>     <u>**Nature of Violation**</u>

**Charge 1:**     **FAILURE TO REPORT TO THE TO THE PROBATION OFFICE WITHIN 72 HOURS**

On June 22, 205, the releasee returned to his residence in Los Angeles, California, and failed to make contact with the United States Probation Office in the Central District of California.  Additionally, the releasee made no attempt to contact this probation officer upon his release from custody.  Further, on July 26, 2005, the supervision officer in the Central District of California left a phone message directing the releasee to contact the Probation Officer at the Inglewood Branch.  The releasee did not contact the officer until August 1, 2005.

**Charge 2:**     **ILLICIT DRUG USE - August 2, 2005 and August 11, 2005 (Cocaine)**

On August 2, 2005, the releasee submitted a urine sample which returned positive for cocaine. The releasee subsequently admitted his continued abuse of cocaine.  On August 11, 2005, the releasee submitted a urine sample which returned positive for cocaine.

**RE:   Anthony ASBERRY**
    **Docket Number:  2:04CR00061-03**
    **PETITION FOR WARRANT OR SUMMONS**
    **FOR OFFENDER UNDER SUPERVISION**

**Charge 3:         FAILURE TO REPORT TO THE TO THE PROBATION OFFICER**

On July 26, 2005, the releasee was directed to report to the probation officer at the Inglewood Branch office. The releasee did not contact the probation office until August 1, 2005. He met with the United States Probation Officer on August 2, 2005. On August 9, 2005, he was again instructed to contact the United States Probation Officer. He left a message relating he would report on August 10, 2005. The releasee, however, did not report to the probation office on August 10, 2005.

**Charge 4:         FAILURE TO PARTICIPATE IN RESIDENTIAL TREATMENT PROGRAM**

On August 11, 2005, the releasee was directed to report to the Substance Abuse Foundation of Long Beach (SAF) , Inc., in Long Beach, California to begin residential treatment. The releasee was directed to contact SAF Intake Coordinator, Robert Bowen, on August 12, 2005, at 10:00 A.M., and received bus fare and directions to the facility. The releasee failed to arrive at SAF or contact the Intake Coordinator.

**Justification:** The releasee's failure of supervision began shortly after his release from custody. On June 22, 2005, this officer contacted the releasee's bother in-law to advise of the releasee's pending release and return to their residence. The releasee made no effort to contact this officer or the probation office in the Central District of California upon his arrival in the Los Angeles, California, area. In fact, the releasee reported to the probation office 39 days after his release from custody.

On August 2, 2005 and August 11, 2005, the releasee was instructed to submit urine samples, and each urine sample returned positive for cocaine. He failed to secure substance abuse treatment as he did not report to a residential treatment program as instructed by the supervision officer. He has thwarted every attempt by his supervision officer in the Central District of California to assist in his compliance with the courts

**RE:   Anthony ASBERRY
      Docket Number:  2:04CR00061-03
      PETITION FOR WARRANT OR SUMMONS
      <u>FOR OFFENDER UNDER SUPERVISION</u>**

directives and orders.  The releasee's substance abuse is on-going as is his failure to avail himself to supervision.

**Bail/Detention:** The releasee has an extensive history of substance abuse, which now includes cocaine use.  The releasee involved himself in this offense for financial gain, and his efforts to avoid compliance create a great concern he will revert to further criminal activity.  Efforts by the supervision officer in the Central District of California to bring the releasee into compliance and intervene in his substance abuse were unsuccessful as the releasee has not availed himself to supervision or treatment.  The releasee's continued cocaine use, failure to adhere to the directives of the probation officer and the court, his association with individuals involved in the drug culture, failure to participate in substance abuse treatment programs, and lack of stability make him a immediate danger to himself and the community.  Therefore, it is respectfully recommended a warrant for the releasee's arrest be issued.

**RE:   Anthony ASBERRY**
      **Docket Number:  2:04CR00061-03**
      **PETITION FOR WARRANT OR SUMMONS**
      <u>**FOR OFFENDER UNDER SUPERVISION**</u>


**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   August 26, 2005
                  Sacramento, California
                  GAV/gav

                              Respectfully submitted,


                               /s/ George A. Vidales
                              **GEORGE A. VIDALES**
                              **United States Probation Officer**
                                Telephone:  (916) 930-4309


**REVIEWED BY**:        /s/ Linda L. Alger
                       **KAREN A. MEUSLING**
                       **Supervising United States Probation Officer**

**RE:   Anthony ASBERRY**
**Docket Number:  2:04CR00061-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( x )   The issuance of a warrant   ( x )   No Bail

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( x )   Initial appearance and detention hearing before Magistrate Judge.


Dated:  August 30, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:   United States Probation
      Jason S. Hitt, Assistant United States Attorney

      United States Marshal Service

Attachment:  Presentence Report   (Sacramento only)

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

                          **RE:    Anthony ASBERRY**
                                     Docket Number:   2:04CR00061-03

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **FAILURE TO REPORT TO THE TO THE PROBATION OFFICE WITHIN 72 HOURS**

    **A.**    **Evidence:**

        None.

    **B.**    **Witnesses:**

        United States Probation Officer for the Central District of California will testify the releasee failed to report to the United States Probation Office within 72 hours of his release. Additionally, this undersigned officer will testify the releasee made no effort to contact this office upon his release from custody.

**Charge 2:**    **ILLICIT DRUG USE - August 2, 2005 and August 11, 2005 (Cocaine)**

**RE:   Anthony ASBERRY**
**Docket Number:  2:04CR00061-03**
**STATEMENT OF EVIDENCE**

    **A.**    **Evidence:**

        Quest Diagnostic Laboratory Report Number 318090O-2005 and Number 359909O-2005, reflecting positive results for cocaine dated August 2, 2005 and August 11, 2005.

    **B.**    **Witnesses:**

        The United States Probation Officer for the Central District of California will testify the releasee admitted to using "cocaine" during August 2005.

**Charge 3:**    **FAILURE TO REPORT TO THE TO THE PROBATION OFFICER**

    **A.**    **Evidence:**

        None.

    **B.**    **Witnesses:**

        The United States Probation Officer for the Central District of California will testify the releasee failed to report as directed on July 26, 2005 and August 9, 2005.

**Charge 4:**    **FAILURE TO PARTICIPATE IN RESIDENTIAL TREATMENT PROGRAM**

    **A.**    **Evidence:**

        None.

**RE:    Anthony ASBERRY**
**Docket Number:  2:04CR00061-03**
**STATEMENT OF EVIDENCE**

      **B.    Witnesses:**

The United States Probation Officer for the Central District of California will testify the releasee failed to report to the Substance Abuse Foundation of Long Beach (SAF) , Inc., in Long Beach, California as direct.

Respectfully submitted,


**GEORGE A. VIDALES**
**United States Probation Officer**

**DATED:**    August 26, 2005
             Sacramento, California
             GAV\gav


**REVIEWED BY**:_____
                  **KAREN A. MEUSLING**
                  **Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Anthony ASBERRY            **Docket Number:**  2:04CR00061-03

**Date of original offense:**  08/05/2003

**Original term of supervised release imposed:**  5 **years.**

**Highest grade of violation alleged:**            C

**Criminal History Category of offender:**         I

**Chapter 7 range of imprisonment:**  3 **to** 9 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

   ___    **Class A felony - 5 years (or stat max of** ___ **years if longer).**
   _X_   **Class B felony - 3 years**
   ___    **Class C and/or D felony - 2 years**
   ___    **Class E felony and misdemeanors:  1 year**

**Violation requires mandatory revocation:  YES:** ___  **NO:** _X_ .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

August 26, 2005
GAV/gav