PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00061-03** |
| ) | |
| **ANTHONY ASBERRY** ) | |
| ) | |

On June 22, 2005, the above-named was placed on Supervised Release for a period of 60 months.  On December 26, 2006, this office was notified by United States Marshals Service that Anthony Asberry was confirmed dead by State of California, Department of Health Services on November 10, 2005 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

/S/

**Karen A. Meusling
Supervising United States Probation Officer**

Dated:        January 10, 2007
              Sacramento, California
              ms:KAM

**Re:** **Anthony Asberry**
 Docket Number:  2:04CR00061-03
 **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
 **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

## ORDER OF COURT

It appearing that defendant Anthony Asberry is deceased, it is hereby ordered that the proceedings in this case be terminated and the case closed.

**Date: January 11, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Notification

cc:   United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG